# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**CHANDRA LYONS**
**ADC #704518**                                                             **PLAINTIFF**

**V.**               **4:15-CV-575-BRW-BD**

**STATE OF ARKANSAS**                                       **DEFENDANT**

## JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 10th day of December, 2015.

                                                     /s/ Billy Roy Wilson
                                           UNITED STATES DISTRICT JUDGE